IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| LOLITA DUGLAS | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| MAXWELL REALTY CO., INC. | : | NO. 17-4068 |

| LOLITA DUGLAS | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| LEVIN ALVIN AND SONS, INC. MS. DAWN | : | NO. 17-4089 |

## ORDER

AND NOW, this 19th day of September, 2017, upon consideration of plaintiff Lolita Duglas's motions to proceed *in forma pauperis* (ECF No. 1) and her *pro se* complaints in Civil Acton Numbers 17-4068 and 17-4089, it is ORDERED that:

1. Ms. Duglas's motions to proceed *in forma pauperis* are GRANTED.

2. The complaints are DISMISSED with prejudice for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE the above cases.

BY THE COURT:

GENE E.K. PRATTER, J.